David E. RICHARDS

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.

Petition of Board of Supervisors of Franklin Township.

Supreme Court of Pennsylvania.

Jan. 28, 2000.

### ORDER

PER CURIAM:

AND NOW, this 28 th day of January 2000, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

> Whether the Commonwealth Court erred in holding that respondent was entitled to invoke a moveable base year as provided by § 204(b) of the Workers' Compensation Act even though the injury which supposedly precluded him from working during his base year was found not compensable.